Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Nexus Bankruptcy**
**Benjamin Heston**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**
**Phone: (949) 312-1377**
**Email: ben@nexusbk.com**
**Bar Number: 297798**

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

In re:

**Jia Yi**
**Kevin Yi**

Debtor(s).

CASE NO.:

CHAPTER: 7

# DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/21/2026 Jia Yi
Printed name of Debtor 1

이지아
Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/21/2026 Kevin Yi
Printed name of Debtor 2

Signature of Debtor 2

# Earnings Statement

YI, KEVIN

Pay Date: 09/23/2026
Period Start: 08/31/2026
Period End: 09/13/2026

Company: 12325 - IRVINE BAEKJEONG LLC
20410 GRAMERCY PL
TORRANCE CA 90501 (317) 313-1875

Emp #: 1467
Dept: 006225 - Server

Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 16.90 | 24.04 | 406.28 | 6469.65 | |
| Break | 16.90 | 1.09 | 18.42 | 254.21 | |
| Tips To Pay | | | 1128.94 | 19210.86 | |
| **Gross Pay** | | **25.13** | **1553.64** | **25934.72** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M) | | | 0.00 | 37.20 | |
| Medicare | | | 22.53 | 376.07 | |
| Social Security | | | 96.32 | 1607.95 | |
| California State W/H(S/0) | | | 31.79 | 486.59 | |
| CaliforniaSDI Tax | | | 20.20 | 337.15 | |
| **Deductions** | | | | | |
| **Net Pay** | | | **1382.80** | **23089.76** | Voucher No. 799731737DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 1382.80 | 23089.76 | A/C:8887 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Sick Time (Hours) | 0.84 | 23.11 | 0.00 | 23.11 |

Voucher No. 799731737DD

IRVINE BAEKJEONG LLC
20410 Gramercy Place
Torrance , CA 90501
Dept: 006225

DATE: 09/23/2026

**Net Pay: 1382.80**

One Thousand Three Hundred Eighty Two And 80/100 Dollars

YI, KEVIN
13208 MYFORD ROAD
APT 428
TUSTIN, CA 92782

**For Record Purposes Only**
****NON-NEGOTIABLE****

# Earnings Statement

YI, KEVIN

| | | | |
|---|---|---|---|
| Pay Date: | 09/09/2026 | Company: 12325 - IRVINE BAEKJEONG LLC | Emp #: 1467 |
| Period Start: | 08/17/2026 | 20410 GRAMERCY PL | Dept: 006225 - Server |
| Period End: | 08/30/2026 | TORRANCE CA 90501 (317) 313-1875 | |
| | | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 16.90 | 23.16 | 391.40 | 6063.37 | |
| Break | 16.90 | 0.88 | 14.87 | 235.79 | |
| Tips To Pay | | | 1164.85 | 18081.92 | |
| **Gross Pay** | | **24.04** | **1571.12** | **24381.08** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M) | | | 0.00 | 37.20 | |
| Medicare | | | 22.78 | 353.54 | |
| Social Security | | | 97.41 | 1511.63 | |
| California State W/H(S/0) | | | 32.56 | 454.80 | |
| CaliforniaSDI Tax | | | 20.42 | 316.95 | |
| **Deductions** | | | | | |
| **Net Pay** | | | **1397.95** | **21706.96** | Voucher No. 795672758DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 1397.95 | 21706.96 | A/C:8887 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Sick Time (Hours) | 0.80 | 22.27 | 0.00 | 22.27 |

Voucher No. 795672758DD

IRVINE BAEKJEONG LLC
20410 Gramercy Place
Torrance , CA 90501
Dept: 006225

DATE: 09/09/2026

**Net Pay:** **1397.95**

One Thousand Three Hundred Ninety Seven And 95/100 Dollars

YI, KEVIN
13208 MYFORD ROAD
APT 428
TUSTIN, CA 92782

**For Record Purposes Only**

****NON-NEGOTIABLE****

# Earnings Statement

YI, KEVIN

| | | | |
|---|---|---|---|
| Pay Date: | 08/26/2026 | Company: 12325 - IRVINE BAEKJEONG LLC | Emp #: 1467 |
| Period Start: | 08/03/2026 | 20410 GRAMERCY PL | Dept: 006225 - Server |
| Period End: | 08/16/2026 | TORRANCE CA 90501 (317) 313-1875 | |
| | | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 16.90 | 27.33 | 461.88 | 5671.97 | |
| Break | 16.90 | 1.24 | 20.96 | 220.92 | |
| Tips To Pay | | | 1347.82 | 16917.07 | |
| **Gross Pay** | | **28.57** | **1830.66** | **22809.96** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M) | | | 0.00 | 37.20 | |
| Medicare | | | 26.54 | 330.76 | |
| Social Security | | | 113.50 | 1414.22 | |
| California State W/H(S/0) | | | 44.35 | 422.24 | |
| CaliforniaSDI Tax | | | 23.80 | 296.53 | |
| **Deductions** | | | | | |
| **Net Pay** | | | **1622.47** | **20309.01** | Voucher No. 791898802DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 1622.47 | 20309.01 | A/C:8887 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Sick Time (Hours) | 0.95 | 21.47 | 0.00 | 21.47 |

Voucher No. 791898802DD

IRVINE BAEKJEONG LLC
20410 Gramercy Place
Torrance , CA 90501
Dept: 006225

DATE: 08/26/2026

**Net Pay: 1622.47**

One Thousand Six Hundred Twenty Two And 47/100 Dollars

YI, KEVIN
13208 MYFORD ROAD
APT 428
TUSTIN, CA 92782

**For Record Purposes Only**
****NON-NEGOTIABLE****

# USA PARTYLAND, INC.

## Employee History (Condensed), Jan 1, 2026 - Dec 31, 2026

**Date: 10/06/2026** **TIN: :** **Page: 1**

| Check No. | Pay Date | Taxable Comp | Fed Tax W/H | Soc. Sec. W/H | Medicare W/H | Add. Med. W/H | State Tax W/H | CA SDI W/H | Net |
|---|---|---|---|---|---|---|---|---|---|
| **YI, KEVIN** | | | | | | | | | |
| 14528 | 1/14/2026 | 1,680.15 | 44.13 | 104.17 | 24.36 | | 4.99 | 21.84 | 366.66 |
| 14564 | 1/28/2026 | 1,386.60 | 14.78 | 85.97 | 20.11 | | 0.00 | 18.03 | 266.71 |
| 14605 | 2/11/2026 | 1,773.95 | 53.51 | 109.98 | 25.72 | | 7.05 | 23.06 | 380.63 |
| 14641 | 2/25/2026 | 1,415.75 | 17.69 | 87.78 | 20.53 | | 0.00 | 18.40 | 320.35 |
| 14681 | 3/11/2026 | 1,218.48 | 0.00 | 75.55 | 17.67 | | 0.00 | 15.84 | 275.42 |
| 14720 | 3/25/2026 | 1,114.48 | 0.00 | 69.10 | 16.16 | | 0.00 | 14.49 | 284.73 |
| Subtotal Qtr 1: | | 8,589.41 | 130.11 | 532.55 | 124.55 | 0.00 | 12.04 | 111.66 | 1,894.50 |
| 14752 | 4/8/2026 | 1,251.73 | 1.29 | 77.61 | 18.15 | | 0.00 | 16.27 | 313.41 |
| 14786 | 4/22/2026 | 998.33 | 0.00 | 61.90 | 14.48 | | 0.00 | 12.98 | 235.97 |
| 14822 | 5/6/2026 | 1,253.75 | 1.49 | 77.73 | 18.18 | | 0.00 | 16.30 | 351.05 |
| 14856 | 5/20/2026 | 1,610.30 | 37.15 | 99.84 | 23.35 | | 3.45 | 20.93 | 440.58 |
| 14892 | 6/3/2026 | 1,228.30 | 0.00 | 76.15 | 17.81 | | 0.00 | 15.97 | 346.37 |
| 14927 | 6/17/2026 | 1,412.85 | 17.40 | 87.60 | 20.49 | | 0.00 | 18.37 | 303.99 |
| Subtotal Qtr 2: | | 7,755.26 | 57.33 | 480.83 | 112.46 | 0.00 | 3.45 | 100.82 | 1,991.37 |
| 14962 | 7/3/2026 | 1,702.15 | 46.33 | 105.53 | 24.68 | | 5.47 | 22.13 | 362.01 |
| 14995 | 7/18/2026 | 1,230.73 | 0.00 | 76.31 | 17.85 | | 0.00 | 16.00 | 316.57 |
| 15028 | 7/30/2026 | 1,470.80 | 23.20 | 91.19 | 21.33 | | 0.38 | 19.12 | 385.58 |
| 15061 | 8/12/2026 | 1,976.90 | 73.80 | 122.57 | 28.67 | | 11.51 | 25.70 | 430.65 |
| 15096 | 8/27/2026 | 1,587.48 | 34.86 | 98.42 | 23.02 | | 2.95 | 20.64 | 373.59 |
| 15130 | 9/10/2026 | 1,832.95 | 59.41 | 113.64 | 26.58 | | 8.35 | 23.83 | 368.14 |
| 15164 | 9/24/2026 | 1,359.75 | 12.09 | 84.30 | 19.72 | | 0.00 | 17.68 | 330.96 |
| Subtotal Qtr 3: | | 11,160.76 | 249.69 | 691.96 | 161.85 | 0.00 | 28.66 | 145.10 | 2,567.50 |
| Total YTD: | | 27,505.43 | 437.13 | 1,705.34 | 398.86 | 0.00 | 44.15 | 357.58 | 6,453.37 |