Certificate Number: 14912-CAC-DE-041631036

Bankruptcy Case Number: 26-13292

14912-CAC-DE-041631036

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2026, at 7:11 o'clock PM EST, Kevin Yi completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: November 2, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor